IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv79, 3:05cv80, 3:05cv87

| | |
|---|---|
| ROBERT D. GREEN et al, | ) |
|     Plaintiffs, | ) |
|   v. | ) |
| | )    <u>ORDER</u> |
| KPMG, LLP et al, | ) |
|     Defendants. | ) |
| | ) |
|   And | ) |
| | ) |
| JAMES E. GREEN et al, | ) |
|     Plaintiffs, | ) |
| | ) |
|   v. | ) |
| | ) |
| KPMG, LLP et al, | ) |
|     Defendants. | ) |
| | ) |
|   And | ) |
| | ) |
| STEPHEN R. PUCKETT et al, | ) |
|     Plaintiffs, | ) |
| | ) |
|   v. | ) |
| | ) |
| KPMG, LLP et al, | ) |
|     Defendants. | ) |

**THIS MATTER** comes before the Court sua sponte for purposes of recusal in the above-captioned cases and reassignment to another judge.

The Clerk of Court is hereby directed to reassign the above-captioned cases to another judge.

Signed: March 24, 2006

Robert J. Conrad, Jr.
United States District Judge